## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAVIER PEREZ-MARTINEZ | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  26-3546 |
| | : | |
| WARDEN, FDC PHILADELPHIA, | : | |
| ACTING DIRECTOR TODD M. | : | |
| LYONS, MARKWAYNE MULLIN, | : | |
| TODD BLANCHE, FIELD OFFICE | : | |
| DIRECTOR | : | |

## ORDER

**AND NOW**, this 29th day of July 2026, upon considering the respondents' certification

of compliance (DI 7) of our May 28, 2026 order (DI 6), it is **ORDERED** the Clerk of Court

shall **close** this case.

_____
**MURPHY, J.**